*Martin Zeldis*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided November 14, 2001

### STATE OF CONNECTICUT *v.* LUIS VASQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 118 (AC 19885), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Donald D. Dakers*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided November 14, 2001

### STATE OF CONNECTICUT *v.* TIMOTHY J. SOLEK

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 72 (AC 20828), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided November 14, 2001